## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                            )
BOSE CORPORATION,                           )
                                            )
                          Plaintiff         )
                                            )
v.                                          )        Civil Action No. 1:13-cv-10277
                                            )
SDI TECHNOLOGIES, INC.,                     )
                                            )
                          Defendant.        )
_____)

### DEFENDANT'S MOTION TO STAY PENDING *INTER PARTES* REVIEW

Defendant SDI Technologies, Inc. ("SDI") hereby moves to stay this action pending *inter partes* review of the patents-in-suit.  SDI filed petitions for *inter partes* review of both patents-in-suit with the Patent Office earlier today.

SDI's motion is supported by its memorandum and the Declaration of Aaron W. Moore, which are being filed concurrently with this motion.

### REQUEST FOR ORAL ARGUMENT

SDI respectfully requests oral argument regarding this motion.

### Certification of Compliance With Local Rule 7.1(a)(2)

Counsel for SDI conferred with Plaintiff's counsel in good faith without resolution of this issue.

Dated: June 12, 2013                    Respectfully submitted,

       /s/ Aaron W. Moore
Matthew B. Lowrie
Aaron W. Moore
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Phone: (617) 342-4000
Fax: (617) 342-4001

*Counsel for SDI Technologies, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

      The undersigned hereby certifies that a copy of the foregoing document was served on June 12, 2013 upon the following counsel of record by filing the document electronically with the Court's ECF system:

Mark J. Herbert
Jolynn M. Lussier
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

*Attorneys for Plaintiff*
*Bose Corporation*

By: _____/s/ Kimberly K. Dodd_____