# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE CORPORATION, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:13-cv-10277 |
| SDI TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO STAY OR ADMINISTRATIVELY CLOSE PENDING *INTER PARTES* REVIEW

Defendant SDI Technologies, Inc. ("SDI") hereby moves to stay or administratively close this action pending *Inter Partes* Reviews of the patent-in-suit. SDI filed petitions for *Inter Partes* Review with the United States Patent and Trademark Office on June 12, 2013 and July 25, 2013. The Patent Trial and Appeal Board instituted the *Inter Partes* Reviews on December 11 and 13, 2013, and they are scheduled to be completed before the end of this year.

SDI's motion is supported by its memorandum and by the Declaration of Aaron W. Moore, which are being filed concurrently with this motion.

## REQUEST FOR ORAL ARGUMENT

SDI respectfully requests oral argument regarding this motion.

Dated: January 14, 2014          Respectfully submitted,

                                           /s/ Aaron W. Moore
                                Matthew B. Lowrie
                                Aaron W. Moore
                                FOLEY & LARDNER LLP
                                111 Huntington Avenue
                                Boston, MA 02199
                                Phone: (617) 342-4000
                                Fax: (617) 342-4001

                                *Counsel for SDI Technologies, Inc.*

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

       Counsel for SDI conferred with Plaintiff's counsel in good faith without resolution of this issue.

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of the foregoing document was served on January 14, 2014 upon the following counsel of record by filing the document electronically with the Court's ECF system:

                                Mark J. Herbert
                                Jolynn M. Lussier
                              Fish & Richardson P.C.
                              225 Franklin Street
                              Boston, MA 02110-2804

                              *Attorneys for Plaintiff*
                              *Bose Corporation*

                              By:      /s/ Lucas I. Silva
                                      Lucas I. Silva